**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Keith BUTLER, Defendant-Appellant.**

**No. 47041.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 17, 1984.

Motion For Rehearing and/or Transfer to Supreme Court Denied Feb. 17, 1984.

Application to Transfer Denied
March 20, 1984.

Debra Buie Arnold, Asst. Public Defender, St. Louis, for defendant-appellant.

Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

CLEMENS, Senior Judge.

Armed robbery. The jury found defendant guilty; the court ruled he was a persistent offender and sentenced him to thirty years in prison.

The state's evidence is unchallenged. It showed disguised defendant armed with a shotgun entered a restaurant and by a handwritten note demanded and took money from two cash drawers. Restaurant manager Epps had known defendant by sight but not by name; employee Brandon witnessed the robbery; both identified defendant as the robber. The handwritten note left by defendant was analyzed by an expert and identified as defendant's handwriting. Defendant offered no evidence.

Defendant's only point here: The trial court erred in refusing his not-in-MAI–CR instruction on identification. The state counters that given identification instruction MAI–CR 2.01 spells out what jurors are to consider in determining the believability of witnesses; Note 2 thereof provides "no other additional instruction may be given on the believability of witnesses...."

Denial of this defendant's additional identification instruction was approved in *State v. Quinn*, 594 S.W.2d 599 [11–12] (Mo. banc 1980). There the court held MAI–CR 2.01 and the quoted note 2 thereof precluded giving further identification instructions. See also our opinion to the same effect in *State v. Swink*, 620 S.W.2d 63 [2, 3] (Mo.App.1981).

Affirmed.

KAROHL, P.J., and REINHARD and CRANDALL, JJ., concur.